UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                                            MDL No. 2740

**TRANSFER ORDER**

**Before the Panel:** Plaintiffs in the 88 actions listed on Schedule A move under Panel Rule 7.1 to vacate our orders conditionally transferring their actions to MDL No. 2740. Defendant Sanofi-Aventis U.S., LLC (Sanofi) opposes the motions to vacate.

After considering the argument of counsel, we find these actions involve common questions of fact with the actions transferred to MDL No. 2740, and that transfer under 28 U.S.C. § 1407 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Plaintiffs do not dispute that these actions share questions of fact with MDL No. 2740. Like many of the already-centralized actions, they involve factual questions arising from allegations that Taxotere (docetaxel), a chemotherapy drug, causes permanent hair loss, that defendants were aware of this possible side effect and failed to warn patients, and that defendants marketed Taxotere as more effective than other chemotherapy drugs when other drugs were equally effective without the associated permanent hair loss. *See In re: Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL No. 2740, __ F. Supp. 3d __, 2016 WL 5845996 (J.P.M.L. Oct. 4, 2016).

In support of the motions to vacate, plaintiffs argue that federal subject matter jurisdiction is lacking, and plaintiffs' motions to remand to state court are pending. The Panel often has held that jurisdictional issues do not present an impediment to transfer, as plaintiffs can present these arguments to the transferee judge.[1] *See, e.g., In re: Prudential Ins. Co. of Am. Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347-48 (J.P.M.L. 2001).

CLERK'S OFFICE
A TRUE COPY
Apr 28, 2017
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

---

[1] Moreover, under Panel Rule 2.1(d), the pendency of a conditional transfer order does not limit the pretrial jurisdiction of the court in which the subject action is pending. Between the date a remand motion is filed and the date that transfer of the action to the MDL is finalized, a court generally has adequate time to rule on a remand motion if it chooses to do so.

IT IS THEREFORE ORDERED that the actions listed on Schedule A are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt for inclusion in the coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Ellen Segal Huvelle |
| R. David Proctor | Catherine D. Perry |

IN RE: TAXOTERE (DOCETAXEL)  
PRODUCTS LIABILITY LITIGATION  MDL No. 2740

## SCHEDULE A

<u>Central District of California</u>

17-cv-3864 - N(5)  CASTAGNOLA v. SANOFI S.A., ET AL., C.A. No. 2:16-09434  
17-cv-3865 - N(5)  GARDNER v. SANOFI S.A., ET AL., C.A. No. 2:16-09471

<u>Northern District of California</u>

17-cv-3866 - N(5)  JENKINS v. SANOFI S.A., ET AL., C.A. No. 3:16-07306  
17-cv-3867 - N(5)  ERNYES-KOFLER, ET AL. v. SANOFI S.A., ET AL., C.A. No. 5:16-07307

<u>District of Delaware</u>

17-cv-3870 - N(5)  ANTHONY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01179  
17-cv-3871 - N(5)  ALLEN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01180  
17-cv-3893 - N(5)  ARRINGTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01183  
17-cv-3894 - N(5)  AUSTIN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01187  
17-cv-3895 - N(5)  BLUNT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01188  
17-cv-3896 - N(5)  BROOKS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01189  
17-cv-3897 - N(5)  BROOKS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01190  
17-cv-3898 - N(5)  BROWN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01191  
17-cv-3899 - N(5)  BROWN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01192  
17-cv-3901 - N(5)  BRYANT, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01193  
17-cv-3904 - N(5)  CARLISLE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01195  
17-cv-3905 - N(5)  CHAPMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01197  
17-cv-3906 - N(5)  CHAPPELL v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01198  
17-cv-3907 - N(5)  CLARK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01199  
17-cv-3908 - N(5)  COLEMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01200  
17-cv-3909 - N(5)  COOK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01201  
17-cv-3910 - N(5)  CROSS, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01202  
17-cv-3911 - N(5)  DARDEN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01207  
17-cv-3912 - N(5)  DAVIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01208  
17-cv-3914 - N(5)  DAVIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01209  
17-cv-3915 - N(5)  DOBSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01210  
17-cv-3916 - N(5)  DUNCAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01211  
17-cv-3917 - N(5)  FAIR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01212  
17-cv-3918 - N(5)  FLUELLEN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01213  
17-cv-3919 - N(5)  FLYNSMITH, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL.,  
    C.A. No. 1:16-01214

**MDL No. 2740 Schedule A Continued**

District of Delaware (Cont.)

17-cv-3930 - N(5)  FORD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01215
17-cv-3932 - N(5)  FREEMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01216
17-cv-3933 - N(5)  GARRETT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01219
17-cv-3934 - N(5)  GILLIAM v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01223
17-cv-3935 - N(5)  HAMPTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01225
17-cv-3936 - N(5)  ZANDERS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01226
17-cv-3937 - N(5)  GOGGANS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01227
17-cv-3938 - N(5)  HARMON, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01230
17-cv-3939 - N(5)  HAYNES v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01231
17-cv-3941 - N(5)  HAYWOOD v. SANOFI-AVENTIS U.S. LLC, C.A. No. 1:16-01234
17-cv-3946 - N(5)  HORTON v. SANOFI-AVENTIS U.S. LLC, C.A. No. 1:16-01235
17-cv-3947 - N(5)  YOUNGBLOOD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01237
17-cv-3948 - N(5)  WILSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01238
17-cv-3949 - N(5)  HOWARD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01241
17-cv-3950 - N(5)  HYMES, ET AL. v. SANOFI U.S. SERVICES INC., ET AL., C.A. No. 1:16-01242
17-cv-3951 - N(5)  WILLIAMS, ET AL. v. SANOFI U.S. SERVICES INC., ET AL., C.A. No. 1:16-01244
17-cv-3952 - N(5)  YOUNG v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01245
17-cv-3953 - N(5)  JACKSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01246
17-cv-3954 - N(5)  KNIGHTEN ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01247
17-cv-3955 - N(5)  YOUNG v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01248
17-cv-3959 - N(5)  RODGERS, ET AL., v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01249
17-cv-3960 - N(5)  WASHINGTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01250
17-cv-3962 - N(5)  LAMB v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01251
17-cv-3963 - N(5)  WARREN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01252
17-cv-3964 - N(5)  WALKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01253
17-cv-3965 - N(5)  LEWIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01256
17-cv-3967 - N(5)  ROBINSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01257
17-cv-3968 - N(5)  LIVINGS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01258
17-cv-3969 - N(5)  RAY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01259
17-cv-3970 - N(5)  WALKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01260
17-cv-3973 - N(5)  LYLES v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01261
17-cv-3974 - N(5)  PAYTON, ET AL., v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01262
17-cv-3975 - N(5)  WALKER, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01263
17-cv-3976 - N(5)  TURNER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01264
17-cv-3977 - N(5)  LOCKE ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01265
17-cv-3978 - N(5)  NIXON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01268
17-cv-3979 - N(5)  MARBURY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01269

**MDL No. 2740 Schedule A Continued**

### District of Delaware (Cont.)

17-cv-4008 - N(5) MULLINS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01270
17-cv-4009 - N(5) MYRICK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01271
17-cv-4010 - N(5) TUCKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01272
17-cv-4011 - N(5) NATION v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01273
17-cv-4012 - N(5) NEMEC v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01274
17-cv-4013 - N(5) TOLBERT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01276
17-cv-4014 - N(5) NEVELS, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01277
17-cv-4015 - N(5) TIMBERMAN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01278
17-cv-4016 - N(5) SELF v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01284
17-cv-4017 - N(5) SMITH v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01286
17-cv-4018 - N(5) THOMAS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01287
17-cv-4019 - N(5) SPENCE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01288
17-cv-4020 - N(5) THOMAS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01289
17-cv-4021 - N(5) STEWART v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01290
17-cv-4022 - N(5) TENORT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01291
17-cv-4023 - N(5) STONE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01292
17-cv-4024 - N(5) TAYLOR v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01293
17-cv-4025 - N(5) TAYLOR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01294
17-cv-4026 - N(5) TAYLOR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01295
17-cv-4027 - N(5) TAYLOR v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16-01296
17-cv-4028 - N(5) STROTHER, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:17-00012

### Eastern District of Missouri

17-cv-4030 - N(5) VINSON, ET AL. v. SANOFI S.A., ET AL., C.A. No. 4:16-02137